■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL GILMORE, Appellant, v PHILIP COOMBE, JR., as Acting Commissioner of the New York State Department of Correctional Services, et al., Respondents. [642 NYS2d 826] —Appeal unanimously dismissed without costs as moot (*see, People ex rel. Wilson v De Stafano*, 47 AD2d 992). Counsel's application to withdraw denied as unnecessary. (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Habeas Corpus.) Present—Denman, P. J., Green, Lawton, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENE GUFFY, Appellant. [642 NYS2d 823] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Violation of Probation.) Present—Denman, P. J., Green, Lawton, Balio and Davis, JJ.